## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ramon Vasquez, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 1770 C.D. 2016 |
| | : | |
| City of Reading and | : | |
| Thomas K. Flemming | : | |

**PER CURIAM**                    **O R D E R**

NOW, September 27, 2017, having considered appellant's application for reargument, the application is denied.